IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd., FourWorld Event Opportunities, LP, FourWorld Special Opportunities Fund, LLC, FW Deep Value Opportunities Fund I, LLC, Corbin ERISA Opportunity Fund, Ltd. and Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | No. 1:25-mc-00078-DEH |

## ENSTAR GROUP LIMITED'S MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, Enstar Group Limited ("Enstar") respectfully moves the Court to grant its motion to intervene in this proceeding, in which Petitioners seek applications for an order pursuant to 28 U.S.C. § 1782. The grounds for this motion are set forth in the accompanying Opening Brief in support of the motion, and upon the papers, records and pleadings on file with the Court.

Respectfully submitted,

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

Dated: March 31, 2025
New York, New York

By:  */s/ Geoffrey R. Chepiga*
    Geoffrey R. Chepiga
    Marques S. Tracy
    Alexander M. Butwin
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Phone: (212) 373-3000
    Fax: (212) 4920421
    gchepiga@paulweiss.com
    mtracy@paulweiss.com
    abutwin@paulweiss.com

*Attorneys for Enstar Group Limited*