UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of,<br><br>FourWorld Global Opportunities Fund, Ltd.,<br>FourWorld Event Opportunities, LP,<br>FourWorld Special Opportunities Fund, LLC,<br>FW Deep Value Opportunities Fund I, LLC,<br>Corbin ERISA Opportunity Fund, Ltd. and<br>Harspring Capital, LP,<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings. | No. 1:25-mc-00078-DEH |

### [PROPOSED] ORDER GRANTING ENSTAR GROUP LIMITED'S MOTION TO INTERVENE

**AND NOW**, this __23__ day of __April__, 2025, upon consideration of Enstar Group Limited's ("Enstar") Motion to Intervene, **IT IS HEREBY ORDERED** as follows:

1. ~~The motion is **GRANTED**~~. The Motion to Intervene is **GRANTED**. The Clerk of Court is respectfully directed to terminate ECF No. 17.

2. Enstar shall file its Answering Brief in opposition to application and the supporting papers that were attached to Enstar's Motion within three business days of the entry of this order.

3. Petitioners shall file their Reply in response to the Answering Brief three business days after Enstar files its Answering Brief.

SO ORDERED:

_/s/ Dale E. Ho_
Dale E. Ho
United States District Judge
Dated: April 23, 2025
New York, York