**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/2025
```

**In Re FourWorld Global Opportunities Fund, Ltd. et al.,**

                                      **Petitioners,**

                  **-against-**

**Goldman Sachs & Co. LLC,**

                                      **Respondent.**

**1:25-mc-00078 (RA) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that the parties shall appear for a hearing on Friday, July 25, 2025, at 12:00 p.m. via Zoom. The hearing will be a joint one in conjunction with the hearing scheduled before Magistrate Judge Reinhart in case 9:25-mc-80282 in the United State District Court for the Southern District of Florida and the related case in this Court, 25-mc-00075. The Court will provide the Zoom link to the parties via email prior to the conference.

**SO ORDERED.**

DATED:    New York, New York
          June 10, 2025

_____
STEWART D. AARON
United States Magistrate Judge